HSP

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

56

THOMAS C. BINDER,

        Plaintiff,

v.

PPL SERVICES CORP.,

        Defendant

NO. 06-CV-2977

FILED
JUN 1 5 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 15th day of June, 2009, upon consideration of the Motion to Enforce the Parties' Agreement to Settle and Discontinue Plaintiff's Civil Action Against Defendant (Dkt. No. 49) filed by Defendant on May 19, 2009; upon consideration of Plaintiff's Memorandum of Law in Opposition to the Defendant's Motion to Enforce the Parties' Agreement to Settle and Discontinue the Plaintiff's Civil Action Against the Defendant (Dkt. No. 51) filed May 26, 2009; after hearing held June 10, 2009; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Defendant's motion to enforce settlement is **DENIED**.

BY THE COURT:

_____
HENRY S. PERKIN,
United States Magistrate Judge

6-15-09 e-mailed to:
D. Russo
J. Sprague
J. Keller
A. Johnston
D. Creasy