**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THOMAS C. BINDER,

                Plaintiff,

        v.

PPL SERVICES CORP.,

             Defendant

NO. 06-CV-2977

## ORDER

**AND NOW**, this 5th day of November, 2009, upon consideration of Defendant PPL Services Corporation's Motion for Summary Judgment (Dkt. No. 57) filed July 24, 2009, Plaintiff's Memorandum of Law in Opposition to Defendant PPL Services Corp.'s Motion for Summary Judgment (Dkt. No. 60) filed August 17, 2009, PPL Services Corporation's Reply Brief in Support of Motion for Summary Judgment (Dkt. No. 64) filed September 1, 2009, Plaintiff's Clarifying Memorandum of Law in Opposition to Defendant PPL Services Corp.'s Motion for Summary Judgment (Dkt. Nos. 67 and 69)[1] filed October 21, 2009, Defendant PPL's Supplemental Memorandum of Law in Further Support of Motion for Summary Judgment (Dkt. No. 71) filed October 27, 2009, Plaintiff Thomas C. Binder's Supplemental Memorandum of Law in Opposition to PPL's Motion for Summary Judgment (Dkt. No. 72) filed October 28, 2009; after telephone conference on the record with counsel for both parties on October 21, 2009; and for the reasons expressed in the foregoing Memorandum,

---

[1] Documents 67 and 69 are identical.

**IT IS ORDERED** that the Clerk of Court shall remove this case from civil suspense.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. No. 57) is **GRANTED**.  Judgment is entered for Defendant PPL Services Corporation.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN,
United States Magistrate Judge